APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Francine Yates
(Please print)

STREET ADDRESS: 14114 S. Edbrooke Ave

CITY/STATE/ZIP: Riverdale, IL 60827

PHONE NUMBER: (312) 351-5635

CASE NUMBER: 08CV4351
JUDGE COAR
MAGISTRATE JUDGE NOLAN

Signature: Francine Yates            Date: 7/31/08

FILED
JUL 31 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT